# United States Court of Appeals
# for the Federal Circuit

---

**DANIEL E. HEILY,**
*Plaintiff-Appellant,*

v.

**DEPARTMENT OF DEFENSE, NATIONAL GEOSPATIAL INTELLIGENCE AGENCY, WINSTON BEAUCHAMP, DAVID S. SCOPP, LAURI JO LITTON, LARRY G. STEPHENS, AND MARCUS J. BOYLE,**
*Defendants-Appellees.*

---

2013-1118

---

Appeal from the United States District Court for the District of Columbia in No. 09-CV-1230, Judge Reggie B. Walton.

---

**ON MOTION**

---

**O R D E R**

Daniel E. Heily filed a Notice of Appeal in the United States District Court for the District of Columbia expressly seeking review in the United States Court of Appeals for the District of Columbia Circuit. When the notice of appeal was entered into the district court's CM/ECF system, it appears to have been entered as

2                                    DANIEL HEILY v. DEFENSE

"Notice of Appeal to the Federal Circuit" in error. *Heily v. United States Department of Defense*, No. 09-cv-01230, Docket No. 40.

Upon consideration thereof,

IT IS ORDERED THAT:

Absent objection received within 21 days of the date of filing of this order, this appeal shall be transferred to the United States Court of Appeals for the District of Columbia Circuit.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s25